**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LURLINE HOOPER** | ) | |
| | ) | |
| **v.** | ) | **3-03-CR-173-D** |
| | ) | **(3-05-CV-521-D)** |
| **UNITED STATES OF AMERICA** | ) | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Even if the court assumes, without deciding, that petitioner's habeas motion is not time-barred, she is not entitled to relief on the merits.

Signed August 30, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE